1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEFFREY CHEN, CSBN 260516
4  Special Assistant United States Attorney
           Social Security Administration
5          333 Market St., Suite 1500
           San Francisco, CA  94105
6          Telephone:  (415) 977-8939
           Facsimile:  (415) 744-0134
7          Email:  Jeffrey.Chen@ssa.gov
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12

13  SARA A. MEDZYK,                )
                                   )    No. CV 11-1048-RZ
14       Plaintiff,                )
                                   )    [~~PROPOSED~~]
15              v.                 )    JUDGMENT OF REMAND
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security, )
17                                 )
         Defendant.                )
18  _____  )

19       The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand

20  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21  ("Stipulation to Remand") lodged concurrently with the lodging of the within

22  Judgment of Remand;

23       Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

24  that the above-captioned action is remanded to the Commissioner of Social Security

25  for further proceedings consistent with the Stipulation of Remand.

26

27  DATED: *September 27, 2011*      _____
                                     HONORABLE RALPH ZAREFSKY
28                                   UNITED STATES MAGISTRATE JUDGE