1 | Denise Bourgeois Haley
Attorney at Law: 143709
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3 | Tel.: (562)868-5886
Fax: (562)868-8868
4 | E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
Sara A. Medzyk

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA A. MEDZYK, | Case No.: CV11-01048 VAP (RZ) |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,800.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.

DATE: November 02, 2011

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Denise Bourgeois Haley
_____
4 | Denise Bourgeois Haley
Attorney for plaintiff Sara A. Medzyk

-2-