1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Sara A. Medzyk
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | SARA A. MEDZYK,                          ) Case No.: CV11-01048 VAP (RZ)
11 |         Plaintiff,                       ) {PROPOSED} ORDER AWARDING
                                              ) EQUAL ACCESS TO JUSTICE ACT
12 |    vs.                                   ) ATTORNEY FEES AND EXPENSES
                                              ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                       ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,         ) U.S.C. § 1920
14 |                                          )
           Defendant                          )
15 |                                          )
                                              )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $2,800.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

21 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.

22 DATE: November 02, 2011

23                                 _____
                                   THE HONORABLE RALPH ZAREFSKY
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Denise Bourgeois Haley
 | _____
4 | Denise Bourgeois Haley
 | Attorney for plaintiff Sara A. Medzyk